UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANNETTE MCEACHIN,**<br><br>Plaintiff,<br><br>vs.<br><br>**RELIANCE STANDARD LIFE INSURANCE COMPANY,**<br><br>Defendant. | **2:21-CV-12819-TGB-EAS**<br><br><br><br>**JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **GRANTING IN PART AND DENYING IN PART** Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 10) and **GRANTING IN PART AND DENYING IN PART** Defendant's Motion for Judgment on the Administrative Record (ECF No. 11), it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  March 23, 2023

                                                  KINIKIA ESSEX
                                                  CLERK OF THE COURT

                                                  s/A. Chubb
                                                  Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE