UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANNETTE MCEACHIN,** <br><br> Plaintiff, <br><br> vs. <br><br> **RELIANCE STANDARD LIFE INSURANCE COMPANY,** <br><br> Defendant. | **2:21-CV-12819-TGB-EAS** <br> HON. TERRENCE G. BERG <br> HON. ELIZABETH A. STAFFORD <br><br><br> **ORDER REQUIRING RESPONSE** |

Plaintiff filed a motion for attorney fees and costs on April 13, 2023 and Defendants failed to respond. Accordingly, Defendants are hereby **ORDERED** to **RESPOND** by November 10, 2023.

**SO ORDERED** this 23rd day of October, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

1